UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MOON,

Plaintiffs,

v.

THOMAS, et al.,

Defendant.
_______________________________/

Case No. 2:26-cv-11392

District Judge Susan K. DeClercq
Magistrate Judge Anthony P. Patti

**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR DEADLINE EXTENSION (ECF NO. 33)**

Plaintiffs' motion to extend the deadline for responding to Defendants' Motion to Sever (ECF No. 33) is **GRANTED**, the Court finding good cause for the reasons stated in Plaintiff's motion. The new response deadline shall be **September 22, 2026**.

It is **SO ORDERED**.

Dated: August 28, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE